UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLISON CHRISTINE PATTERSON,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:26-cv-04981- JLT-CDB (SS)<br><br>ORDER ON STIPULATION EXTENDING *NUNC PRO TUNC* PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 11) |

Plaintiff Allison Christine Patterson ("Plaintiff") initiated this action with the filing of a complaint on June 29, 2026, seeking review of the final decision of the Commissioner of Social Security denying disability benefits. (Doc. 1). The following day, the Court entered the scheduling order, setting forth dates and deadlines for the filing of the administrative record and of cross-motions for summary judgment. (Doc. 4.) On June 24, 2026, Defendant filed a copy of the administrative record. (Doc. 10).

On September 23, 2026—the deadline for filing a motion for summary judgment — Plaintiff instead filed a stipulated request for a ten-day extension of the filing deadline to October 5, 2026. (Doc. 11). Counsel for Plaintiff represents that the extension is necessary because he has several merit briefs due on the same week. *Id.* at 2.

Based on counsel for Plaintiff's representations, the Court finds good cause to grant the request *nunc pro tunc*. *See* (Doc. 11).

**Conclusion and Order**

Accordingly, for the reasons set forth in Plaintiff's stipulation and for good cause shown, IT IS HEREBY ORDERED:

1. Plaintiff's due date for filing a motion for summary judgment is extended *nunc pro tunc* from September 23, 2026, to **October 5, 2026**; and
2. The Court's Scheduling Order (Doc. 4) shall continue to govern the filing of any response and/or reply brief.

IT IS SO ORDERED.

Dated: **September 24, 2026**

UNITED STATES MAGISTRATE JUDGE